IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
CHANDAN S. VORA,              )
                              )
         Plaintiff,           )
                              )
    v.                        ) Civil Action No. 02-82J
                              )
VERIZON, INC.,                )
                              )
         Defendant.           )
```

MEMORANDUM AND ORDER OF COURT

By order dated May 21, 2002 (the "May 2002 order"), the court dismissed Dr. Chandan S. Vora's purported "Complaint" in the above-captioned matter for lack of jurisdiction and as otherwise frivolous. Dr. Vora's subsequent appeal to the United States Court of Appeals for the Third Circuit was dismissed on September 12, 2002.

On March 29, 2004, Dr. Vora filed a motion to reopen the case, which this court denied by order dated April 19, 2004 (the "April 2004 order"). Dr. Vora next filed motions to vacate the May 2002 order and the April 2004 order, which were denied by this court on September 9, 2004. Dr. Vora again appealed this court's decision to the Third Circuit Court of Appeals. On March 23, 2005, the Third Circuit affirmed this court's decision denying Vora's motion to reopen the case.

On October 21, 2008, this court entered a Memorandum and Order of Court at Misc. No. 08-104 (Document No. 5) (the "October 2008 order") prohibiting Dr. Vora from filing in the district

AO 72
(Rev. 8/82)

court any motions, pleadings and other documents in cases such as this one that have been dismissed and closed by the district court and that subsequently have been appealed to the United States Court of Appeals for the Third Circuit. Pursuant to the October 2008 order, the Clerk's Office personnel are not to accept any papers that Vora seeks to file in such a case.

Despite the fact that the October 2008 order precludes the filing of additional motions in this case, the Clerk's Office mistakenly accepted and filed on August 7, 2009, yet another motion by Dr. Vora to reopen this case (Document No. 22), as well as a motion for an injunction and motion for stay order on September 4, 2009 (Document No. 23), and a motion for an injunction and motion to maintain RICO claims on September 11, 2009 (Document No. 24). Pursuant to the October 2008 order, Vora's motions should not have been accepted and filed, and they will be dismissed. Further, in accordance with this court's October 2008 order, the Clerk's Office personnel shall not accept from Dr. Vora any additional motions, pleadings or documents in this case.

An appropriate order will follow.

### O R D E R

AND NOW, this 8th day of October, 2009, for the reasons set forth in the memorandum above, IT IS ORDERED that plaintiff Chandan Vora's motion to reopen case (Document No. 22), motion for injunction and motion for stay order (Document No. 23), and motion

%AO 72
(Rev 8/82)

- 2 -

for injunction and motion to maintain RICO claims (Document No. 24) be, and the same hereby are, dismissed.  IT FURTHER IS ORDERED that pursuant to this court's October 21, 2008, order entered at Misc. No. 08-104, the Clerk's Office personnel shall not accept from Dr. Vora any additional motions, pleadings or documents in this case.

*/s/ Gustave Diamond*
Gustave Diamond
United States District Judge

cc: Dr. Chandan S. Vora
    511 Robb Avenue
    Johnstown, PA  15901